IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.                                               CASE NO. 5:06cr87/RS

DON ALYWIN MCCASKILL, JR.,

       Defendant.
_____/

## ORDER

Defendant's Motion For Reconsideration (Doc. 66) is **denied.**

**ORDERED** on September 3, 2010.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**